DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00087 OWW |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE MOTIONS/STATUS CONFERENCE HEARING; ORDER |
| v. | ) | |
| TERESA MARTINEZ-MARTINEZ, | ) | Date: March 16, 2009<br>Time: 1:30 P.M.<br>Court: Hon. Oliver W. Wanger |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the motions/status conference hearing in the above captioned matter, now scheduled for March 9, 2009, **may be continued to March 16, 2009, at 1:30 p.m.**

This continuance is requested by counsel for Defendant to allow the parties additional time for plea negotiation prior to the hearing. The requested continuance will conserve time and resources for the parties and the court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

MCGREGOR W. SCOTT
United States Attorney

DATED: March 5, 2009

/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 5, 2009

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: March 5, 2009** **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE