1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00087 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE/TRIAL SETTING HEARING; ORDER |
| v. | |
| TERESA MARTINEZ-MARTINEZ, | Date: April 20, 2009 |
| *Defendant.* | Time: 9:00 A.M. |
| | Court: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference/trial setting hearing in the above captioned matter, now scheduled for April 6, 2009, **may be continued to April 20, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow the parties additional time for plea negotiation prior to the hearing, and because counsel for Defendant will not be in her office on April 6, 2009, and will be unavailable for court at the time now scheduled for hearing. The requested continuance will conserve time and resources for the parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 2, 2009

/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 2, 2009

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: April 2, 2009          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE