1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TERESA MARTINEZ-MARTINEZ

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:08-cr-00087 OWW
                                    )
12          Plaintiff,               )   STIPULATION TO VACATE EXISTING TRIAL
                                    )   SCHEDULE AND TRIAL DATE AND SETTING
13     v.                           )   HEARING TO ESTABLISH NEW MOTIONS AND
                                    )   TRIAL SCHEDULE; ORDER
14 TERESA MARTINEZ-MARTINEZ,        )
                                    )   Date:  August 31, 2009
15          Defendant.               )   Time:  9:00 A.M.
   _____)   Court: Hon. Oliver W. Wanger
16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel of record herein, that the existing trial schedule in the above-referenced matter may be vacated,

19 **and that a hearing may be set for August 31, 2009, at 9:00 A.M. to establish a new motions and trial**

20 **schedule.**

21     This stipulation is made to allow the defense additional time for investigation and plea negotiation

22 prior to trial and possibly negate the necessity of trial.  Defense counsel was assigned the above referenced

23 matter when a trial date was already set.  Defense counsel has not had an adequate opportunity to file

24 necessary motions, investigate and prepare for trial.  The request to vacate the existing trial date and set a

25 hearing to establish a new motions and trial schedule will conserve time and resources for the parties and

26 the court.

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
United States Attorney

DATED: August 25, 2009

/s/ Elana Landau
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 25, 2009

/s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 26, 2009**             /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Existing Trial Schedule and
Trial Date and Setting Hearing to Establish New
Motions and Trial Schedule; [Proposed] Order              2