DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>           *Plaintiff,*      )<br>           )<br>     v.         )<br>           )<br>TERESA MARTINEZ-MARTINEZ,      )<br>           )<br>           *Defendant.*      )<br>_____ ) | No. 1:08-cr-00087 OWW<br><br>STIPULATION TO CONTINUANCE OF MOTIONS HEARING;  ORDER<br><br>Date:  November 2, 2009<br>Time:  9:00 A.M.<br>Court:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the motions hearing in the above-entitled matter now set for October 13, 2009, may be continued to **November 2, 2009, at 9:00 A.M. for motions hearing.**  The jury trial and any other dates set by the court would remain the same**.**

This continuance is at the request of counsel for defendant to allow time to properly prepare for the hearing with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

//

//

//

|   |   |
|---|---|
|   | LAWRENCE G. BROWN<br>United States Attorney |
| DATED: October 9, 2009 | /s/ Elana Landau<br>ELANA LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 9, 2009 | /s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>TERESA MARTINEZ-MARTINEZ |
| DATED: October 9, 2009 | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>TERESA MARTINEZ-MARTINEZ |

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 9, 2009**          /s/ Oliver W. Wanger
                    UNITED STATES DISTRICT JUDGE

Stipulation to Continuance of Motions Hearing;
Order                                        2