DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00087 OWW |
| *Plaintiff*, | ORDER REGARDING HEARING ON DEFENDANT'S MOTION FOR DISCOVERY |
| v. | |
| TERESA MARTINEZ-MARTINEZ, | Judge: Hon. Oliver W. Wanger |
| *Defendants*. | |

On November 16, 2009, the Court heard Defendant Teresa Martinez-Martinez's motion for discovery. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

1. The government shall produce any written or recorded statements made by the defendant, as well as any oral statements made by the defendant, before or after her arrest, in response to interrogation by a person she knew was a law enforcement agent.

2. The government shall produce, by January 20, 2010, any scientific reports of examinations or tests or analysis that the government has conducted which are material to the preparation of the defense or are intended for use by the government in its case in chief.

3. The government shall produce, by January 20, 2010, any evidence that any prospective government witness has engaged in any criminal act, whether or not resulting in conviction.

///

4.    The government shall produce, and describe in detail, by January 20, 2010, any prior similar acts or prior bad acts of the defendant the government intends to introduce at trial.

**IT IS SO ORDERED.**

Dated: November 25, 2009

                                            /s/ OLIVER W. WANGER
                                            OLIVER W. WANGER, Senior Judge
                                            United States District Court