# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 1:08-CR-00087 OWW |
| vs. | ) | |
| TERESA MARTINEZ-MARTINEZ, | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**
FEB 03 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum    ( X ) Ad Testificandum

Name of Detainee:   **ENRIQUE LUIS VALENZUELA**
Detained at (custodian):   CALIFORNIA CITY C.I.

**Detainee is:**   a)   ( ) Charged in this district by:
    ( ) Indictment   ( ) Information   ( ) Complaint
    ( ) Petition
or   b)   **(X) a witness not otherwise available by ordinary process of the Court**

**Detainee will:**   a)   **(X) return to the custody of detaining facility upon termination of proceedings**
or   b)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary **February 23, 2010**, at 8:30 A.M. at the U.S. District Court in Fresno, California, to testify in the above-referenced matter.

Signature: _____
Printed Name & Phone No.:   MARC DAYS, Assistant Federal Defender
2300 Tulare Street, Suite 330, Fresno, CA 93721
Tel: 559 / 487-5561
Counsel of Record for:   Defendant TERESA MARTINEZ-MARTINEZ

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum    (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1-29-10
Date

_____
United States District/Magistrate Judge

Please provide the following, if known:
  AKA(s) (if applicable)   _____       (X) Male   ( ) Female
  BOP No.                   63844-097             DOB: _____
  Facility Address:         C.I. California City   Race: _____
                            22844 Virginia Blvd.   FBI#: _____
                            California City, CA 93504
  Facility Phone:           760 / 373-1764
  Currently Incarcerated For _____

### RETURN OF SERVICE

Executed on _____ by _____

_____
Signature