JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By:  Melissa L. White, Deputy (192208)
Fresno City Attorney's Office
2600 Fresno Street
Fresno, California  93721-3602
Telephone:  (559) 621-7500
Facsimile:  (559) 488-1084

Attorneys for the Real Party in Interest
FRESNO POLICE DEPARTMENT

**FILED**

FEB 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner/Plaintiff,<br><br>    vs.<br><br>TERESA MARTINEZ-MARTINEZ,<br><br>              Respondent/Defendant. | Case No.: 1:08-CR-00087 OWW<br><br>**PROTECTIVE ORDER**<br><br>DATE:  02-16-10<br>TIME:   9:00 a.m.<br>JUDGE: Oliver W. Wanger |

IT IS HEREBY ORDERED that the names, addresses, and phone numbers of complaining party and witnesses provided to you, pursuant to the *in camera* hearing, is limited to the Defendant and Defendant's attorney, and to any experts employed by said attorney; and is limited solely for the use in the defense of this criminal proceeding only; that such disclosed material shall not be copied, stored in any form (including in a computer database), duplicated or reproduced, conveyed, transferred, published, or distributed to any person(s) not having a need for or access to the disclosed material for any purpose whatsoever, including for the purposes of preparing this matter for trial;

IT IS FURTHER ORDERED THAT the information ordered disclosed and provided to you pursuant to the *in camera* hearing, shall be returned to the Fresno City Attorney's Office upon completion of this case.

Dated:  __2-16-10__                    _____
                                        JUDGE OF THE ~~SUPERIOR~~ COURT
                                                       U.S. DISTRICT

MLW:dlv [52324 dlv/mlw]

CITY ATTORNEY
CITY HALL
FRESNO, CA  93721

People v. Martinez-Martinez
Case No.: 1:08-CR-00087 OWW
Protective Order