DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:08-cr-00087 OWW |
|---|---|
| *Plaintiff*, | ORDER REGARDING HEARING ON CITY OF FRESNO'S MOTION TO QUASH SUBPOENA DUCES TECUM |
| v. | |
| TERESA MARTINEZ-MARTINEZ, | |
| *Defendants*. | Judge: Hon. Oliver W. Wanger |

On February 16, 2010, the Court heard the motion to quash subpoena duces tecum filed by the City of Fresno (City) regarding a subpoena served on behalf of Defendant Teresa Martinez-Martinez. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

1. As to request #1, the personnel files of Fresno Police officers Ubaldo Garza, Manuel Robles and Robert Valdes, the City shall immediately provide responsive documents to the Court for *in camera* review and determination as to what, if anything, should be provided to the defense.

2. As to request #2, each complaint filed by Luis Valenzuela, aka Enrique Luis Valenzuela, which alleges Fresno police officer Ubaldo Garza, or members of the Fresno narcotics unit, requested that blank receipts be signed by informants, the City shall immediately provide responsive documents to the Court for *in camera* review and determination as to what, if anything, should be provided to the defense.

3.   As to request #3, each complaint filed by Luis Valenzuela, aka Enrique Luis Valenzuela, which alleges Fresno police officer Ubaldo Garza, or members of the Fresno narcotics unit, altered receipts which concerned payment to informants, the City shall immediately provide responsive documents to the Court for *in camera* review and determination as to what, if anything, should be provided to the defense.

4.   As to request #4, receipts evidencing payment to defendant for working as a confidential informant, the request is granted.

5.   As to request #5, each contract entered into between defendant and the Fresno police department or Fresno County District Attorney, the request is granted.

6.   As to request #6, the request is moot, the City agrees to provide the defense a copy.

IT IS SO ORDERED.

**Dated:   February 17, 2010**            　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order Regarding Hearing on
City of Fresno's Motion to Quash