DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00087 OWW |
| Plaintiff, | ORDER REGARDING HEARING ON DEFENDANT'S MOTIONS *IN LIMINE* |
| v. | |
| TERESA MARTINEZ-MARTINEZ, | Judge: Hon. Oliver W. Wanger |
| Defendants. | |

On February 16, 2010, the Court heard Defendant Teresa Martinez-Martinez's motions *in limine*. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

1. Motion I, the Court grants the defense's request to permit limited attorney-conducted voir dire.

2. Motion II, the Court denies the defense's request to preclude the government from offering FRE 404(b) evidence. As to such evidence, the government is limited as follows, the government can only refer in its case in chief to defendant's conviction for a violation of Cal. H&S 11378, however if the defendant testifies the government may offer evidence of the circumstances of the event to prove intent. The government is precluded from offering evidence that the defendant was found hiding.

3. Motion III, the Court grants the defense's request with the exception that the government may offer expert testimony from a chemist and finger print analyst which has been previously disclosed to the defense.

1    4.   Motion IV, the Court grants the defense's request and orders the government precluded from offering testimony from a confidential informant during its case in chief.  Should the government decide to call a confidential informant during rebuttal, it shall provide a copy of that witnesses criminal history, including arrests, and information pertaining to any benefits provided to the witness, as well as any contracts or agreements entered into between the confidential informant and law enforcement.

5.   Motion V, the Court grants the defense's request to exclude Rule 16 material not provided to the defense by January 20, 2010.  As to materials received by the government after January 20, 2010, and which are discoverable by the defense under Rule 16, the government shall immediately provide such materials to the defense.

6.   Motion VI, as to prior convictions, the Court orders that the government may only impeach the defendant with prior convictions for producing, transferring and possessing false identification documents.  The government may not impeach with records, or dates, of prior convictions.  The government may only refer to the priors as "convictions for producing, transferring or possessing false identification documents".

IT IS SO ORDERED.

**Dated:   February 17, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE