BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, Ca. Bar #212144
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-00087 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING; |
| | ) | ORDER |
| | ) | |
| THERESA MARTINEZ-MARTINEZ, | ) | |
| | ) | Date:  June 21, 2010 |
| Defendant. | ) | Time:  1:30p.m. |
| | ) | Department 3 |
| | ) | Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the sentencing conference hearing in the above captioned matter, now scheduled for May 17, 2010, may be continued to June 21, 2010, at 1:30 P.M.

A Spanish language interpreter is needed for defendant's interview with probation. Probation has informed the parties that a continuance is needed to make arrangements for an interpreter. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: March 30, 2010                 By:    /s/ Elana S. Landau
                                                   Elana S. Landau
                                                   Assistant U.S. Attorney

DATE: March 31, 2010                        /s/ Marc Days
                                                   Marc Days
                                                   Attorney for Defendant Martinez

IT IS SO ORDERED.

**Dated:   March 31, 2010**                   **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE