DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TERESA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>   v.<br><br>TERESA MARTINEZ,<br><br>   *Defendant.* | No. 1:08-cr-00087 OWW<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE:  July 26, 2010<br>TIME:  1:30 P.M.<br>JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing in the above-captioned matter now set for June 21, 2010, **may be continued to July 26, 2010 at 1:30 P.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation of the sentencing hearing. Defense needs additional time to file its sentencing motions. The requested continuance is with the intention of conserving time and resources for both parties and the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 17, 2010          By:   /s/ Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Martinez Stipulation and
Order

|   |   |
|---|---|
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 17, 2010 | By:   /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>TERESA MARTINEZ |

IT IS SO ORDERED.

**Dated:   June 18, 2010**                             **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

Martinez Stipulation and Order                                         2