1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 | TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00087 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) | |
| TERESA MARTINEZ-MARTINEZ, | ) | Date:  September 13, 2010 |
| Defendant. | ) | Time:  1:30 P.M.  Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the sentencing hearing in the above captioned matter, now scheduled for July 26, 2010, **may be continued to September 13, 2010, at 1:30 P.M.**

This request for continuance is made by counsel for defendant to allow additional time for defense investigation and preparation prior to hearing.   Assistant United States Attorney Elana Landau has no objection to this requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1    As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2                                                                BENJAMIN B. WAGNER
                                                                 United States Attorney
3

4    DATED: July 22, 2010                          /s/  Elana Landau
                                                                 ELANA LANDAU
5                                                                Assistant United States Attorney
                                                                 Attorney for Plaintiff
6

7                                                                DANIEL J. BRODERICK
                                                                 Federal Defender
8

9    DATED: July 22, 2010                          /s/  Marc Days
                                                                 MARC DAYS
10                                                               Assistant Federal Defender
                                                                 Attorney for Defendant
11                                                               TERESA MARTINEZ-MARTINEZ

12

13

14   IT IS SO ORDERED.

15   **Dated:     July 22, 2010**                  /s/ **Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28