DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00087 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| TERESA MARTINEZ-MARTINEZ, | Date:   December 13, 2010 |
| *Defendant.* | Time:   1:30 P.M. |
| | Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the sentencing hearing in the above captioned matter, now scheduled for September 13, 2010, **may be continued to December 13, 2010, at 1:30 P.M.**

This request for continuance is made by counsel for defendant to allow additional time for defense investigation and preparation prior to the hearing.  Additionally, Ms. Martinez currently has a court date scheduled for November 3, 2010, in state court on a matter that has been remanded on a habeas corpus petition.  The outcome of that hearing may materially affect Ms. Martinez's criminal history category and sentencing guideline calculations.  Assistant United States Attorney Elana Landau has no objection to this requested continuance.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

1     As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2                                         BENJAMIN B. WAGNER  
3                                         United States Attorney

4 DATED: September 8, 2010        /s/ Elana Landau  
                                                ELANA LANDAU  
5                                         Assistant United States Attorney  
                                        Attorney for Plaintiff

6

7                                         DANIEL J. BRODERICK  
                                        Federal Defender

8

9 DATED: September 8, 2010       /s/ Marc Days  
                                                MARC DAYS  
10                                         Assistant Federal Defender  
                                        Attorney for Defendant  
11                                         TERESA MARTINEZ-MARTINEZ

12

13 <u>IT IS SO ORDERED.</u>

**Dated:**    **September 8, 2010**            <u>/s/ Oliver W. Wanger</u>  
14                                         UNITED STATES DISTRICT JUDGE