DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TERESA MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00087 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| TERESA MARTINEZ-MARTINEZ, | ) ) | DATE:  February 28, 2011
TIME:  1:30 P.M. |
| Defendant. | ) ) | JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing in the above-captioned matter now set for December 13, 2010, **may be continued to February 28, 2011 at 1:30 P.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation of the sentencing hearing. Defense counsel has recently filed a *Writ of Habeas Corpus* on Ms. Martinez's last state court conviction with the Fifth District Court of Appeal of California, which then issued an Order to Show Cause and remanded the case back to Superior Court. The tentative ruling in state court is in the Petitioner's favor. We anticipate there being a material change to the guideline calculation of Ms. Martinez's criminal history category once we have a final order in the state court proceeding. The requested continuance is with the intention of conserving time and resources for both parties and the court.

//

//

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: December 8, 2010                  By:    /s/ Elana S. Landau
                                                         ELANA S. LANDAU
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: December 8, 2010                  By:    /s/ Marc Days
                                                         MARC DAYS
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                        TERESA MARTINEZ-MARTINEZ

## **O R D E R**

IT IS SO ORDERED.

**Dated:   December 8, 2010**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE