```
 1 | JOSEPH SCHLESINGER, #87692
   | Acting Federal Defender
 2 | CAROLYN M. WIGGIN, Bar #182732
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 801 I Street, 3rd Floor
 4 | Sacramento, California 95814
   | Telephone: (916) 498-5700
 5 |
 6 |
   | Attorney for Defendant
 7 | TERESA MARTINEZ-MARTINEZ
 8 |
 9 |
   |              IN THE UNITED STATES DISTRICT COURT
10 |
   |             FOR THE EASTERN DISTRICT OF CALIFORNIA
11 |
12 |
13 |
   | UNITED STATES OF AMERICA,    ) No. 1:08-cr-00087-AWI
14 |                              )
   |              Plaintiff,      )
15 |                              ) STIPULATION AND [PROPOSED] ORDER
   |      v.                      ) TO MODIFY THE RECORD
16 |                              )
   | TERESA MARTINEZ-MARTINEZ,    )
17 |                              ) Judge:   Hon. Anthony W. Ishii
   |              Defendant.      )
18 |                              )
   |                              )
19 | _____)
```

FILED
FEB 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

20    It is hereby stipulated and agreed to between the United States of
21 America through ELANA S. LANDAU, Assistant United States Attorney, and
22 defendant TERESA MARTINEZ-MARTINEZ, by and through her counsel, CAROLYN
23 M. WIGGIN, Assistant Federal Defender, that pursuant to Federal Rule of
24 Appellate Procedure 10(e)(2), the record be corrected in this case to
25 include Ms. Martinez-Martinez's "DEFENDANT TERESA MARTINEZ'S FORMAL
26 OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING
27 MEMORANDUM; EXHIBITS."  This document, attached hereto as Exhibit A,
28 was e-mailed to this Court and counsel for the United States on August

1  27, 2012, along with a request to file the document under seal. The
2  document was never actually filed by the clerk under seal or otherwise.
3  At Ms. Martinez-Martinez's sentencing hearing, however, the court
4  indicated that it had received the "formal objections [to the
5  presentence] report and certain documents that were submitted in this
6  case." Transcript of September 4, 2012, Sentencing Proceeding, Docket
7  No. 204, p. 3. Thus it appears that the Court actually received and
8  considered Ms. Martinez-Martinez's formal Objections and Sentencing
9  Memorandum despite the fact that this document was never filed by the
10 clerk.
11       Where, as here, a document that was material to the defendant was
12 omitted from the record, Federal Rule of Appellate Procedure 10(e)(2)
13 allows this Court to modify the record. The parties respectfully ask
14 that the Court modify the record by directing the clerk to file
15 "DEFENDANT TERESA MARTINEZ'S FORMAL OBJECTIONS TO PRESENTENCE
16 INVESTIGATION REPORT AND SENTENCING MEMORANDUM; EXHIBITS," which is
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

attached as Exhibit A.  The parties ask that the document be filed *nunc pro tunc* to August 27, 2012.

DATED: February 27, 2013          Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

                                        /s/ *Carolyn M. Wiggin*
                                        CAROLYN M. WIGGIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TERESA MARTINEZ-MARTINEZ

DATED: February 27, 2013          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ *Elana S. Landau*
                                        ELANA S. LANDAU
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Clerk of the Court is directed to file "DEFENDANT TERESA MARTINEZ'S FORMAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM; EXHIBITS," attached as Exhibit A, *nunc pro tunc* to August 27, 2012.

DATED: February 27, 2013

                                        ANTHONY W. ISHII
                                        United States District Court Judge