```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TERESA MARTINEZ-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00087-AWI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY THE RECORD |
| TERESA MARTINEZ-MARTINEZ, | |
| Defendant. | Judge:   Hon. Anthony W. Ishii |

It is hereby stipulated and agreed to between the United States of America through ELANA S. LANDAU, Assistant United States Attorney, and defendant TERESA MARTINEZ-MARTINEZ, by and through her counsel, CAROLYN M. WIGGIN, Assistant Federal Defender, the following two sealed docket entries can be provided to counsel for the parties:

1.  Docket Entry No. 233

2.  Docket Entry No. 240

//

//

Counsel for Ms. Martinez-Martinez needs to be able to view these documents in order to effectively represent Ms. Martinez-Martinez in her appeal.

DATED: February 28, 2013            Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    */s/ Carolyn M. Wiggin*
                                    CAROLYN M. WIGGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TERESA MARTINEZ-MARTINEZ

DATED: February 28, 2013            BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Elana S. Landau*
                                    ELANA S. LANDAU
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

O R D E R

   The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

   The Clerk of the Court is directed to e-mail docket entries 233 and 240 to counsel for the parties.

 IT IS SO ORDERED.

Dated:   March 1, 2013               _____
                                     SENIOR DISTRICT JUDGE