UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA MARTINEZ MARTINEZ,<br><br>Defendant. | 1:08-CR-00087-DAD<br><br>ORDER DENYING MOTION FOR COURT RECORDS AND RESPONDING TO MOTION FOR CASE STATUS<br><br>(Docs. No. 252, 254) |

Before the court is defendant's Motion for Court Records (Doc. No. 252) and her Motion for Case Status (Doc. No. 254). On March 8, 2010, a jury convicted defendant of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846; and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). (Doc. No. 168.) On September 4, 2012, the previously assigned District Judge in this action sentenced the defendant and the case was closed. (Doc. No. 190.) The defendant filed an appeal with the Ninth Circuit Court of Appeal challenging the 264-month sentence imposed by the District Judge. (Doc. No. 243.) The Ninth Circuit affirmed. (Docs. No. 243-44.) Defendant subsequently filed a Motion to Vacate, Set Aside or Correct the Sentence pursuant to 28 U.S.C. § 2255 and then amended her motion. (Docs. No. 246-47.) On June 19, 2015, the previously assigned District Judge denied the Amended Motion to Vacate. (Doc. No. 249.) On July 15, 2015, the attempted service of the order denying relief on defendant was returned to the Clerk of

1

the Court by the United States Postal Service as undeliverable. (Doc. No. 250.) On July 17, 2015, the Clerk reattempted service of the order and court records indicate that defendant received notice of the order. The appeal period with respect to the order denying relief under § 2255 has passed, but no appeal was ever filed. *See* Fed. R. App. Proc. 4(b)(1)(A).

On December 4, 2015, the Court issued an order reassigning the case to District Judge Dale A. Drozd. (Doc. No. 253.) In response, on December 15, 2015, defendant filed a Motion for Case Status (Doc. No. 254) in which she states that she does "not understand what is happening nor how this will affect me. I would appreciate more thorough explanation in this matter." The reassignment of this case was due to a general, random redistribution of cases as a result of Judge Drozd's recent appointment to the position of United States District Judge. Defendant need not respond to the order reassigning the case to Judge Drozd and it does not otherwise affect the status of her case. Accordingly, since there is nothing now pending before the Court and the case is closed, defendant's Motion for Court Records (Doc. No. 252) is denied as moot. *See Lambert v. Frank*, No. CIV. A. 99-4761, 2000 WL 1022977, *2 (E.D. Pa. July 18, 2000) (motion for court records mooted by determination that prisoner's habeas corpus petition was time-barred).

IT IS SO ORDERED.

Dated:   **December 17, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE