HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERESA MARTINEZ MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA MARTINEZ MARTINEZ,<br><br>Defendant | Case No. 1:08-cr-00087-DAD-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, TERESA MARTINEZ MARTINEZ, by and through her attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 4, 2012, this Court sentenced Ms. Martinez to a term of 264 months imprisonment;

3. Her total offense level was 38, his criminal history category was IV, and the resulting guideline range was 324 to 405 months. She received a sentence below the low-end of the applicable range;

  4. The sentencing range applicable to Ms. Martinez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

  5. Ms. Martinez' total offense level has been reduced from 38 to 36, and her amended guideline range is 262 to 327 months;

  6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Martinez' term of imprisonment to a total term of 262 months.

Respectfully submitted,

| | |
|---|---|
| Dated: January 28, 2016 | Dated: January 28, 2016 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>TERESA MARTINEZ MARTINEZ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Martinez is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 262 to 327 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2012 is reduced to a term of 262 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO 247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO 247 form on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Martinez shall report to the United States Probation Office within seventy-two hours after her release.

IT IS SO ORDERED.

Dated:   **January 28, 2016**                           _Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE