AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00087-DAD   Document 258   Filed 01/29/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:08CR00087-001 |
| TERESA MARTINEZ MARTINEZ ) | |
| ) | USM No: 58668-097 |
| Date of Original Judgment: 09/04/2012 ) | |
| Date of Previous Amended Judgment: 09/13/2012 ) | Hannah Rose Labaree, FD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  264  months **is reduced to**  262 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/13/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/29/2016                    /s/ Dale A. Drozd
                                            *Judge's signature*

Effective Date:  _____               United States District Judge Dale A. Drozd
*(if different from order date)*           *Printed name and title*