UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. 1:08-cr-00087-DAD<br><br><br>ORDER FOR OPPOSITION |

Petitioner Teresa Martinez is a federal prisoner who has filed a *pro se* motion to reduce a 264-month prison sentence imposed against her in this case pursuant to 18 U.S.C. § 3582(c)(2). (*See* Doc. Nos. 259 and 262.) The Federal Defender's Office has filed a notice of non-supplementation of petitioner's *pro se* motion. (Doc. Nos. 261 and 264.) Having reviewed the motion on file, the court finds resolution of this matter will be aided by the filing of a response by the government. Accordingly, within forty-five days of electronic service of this order, the government shall file and serve a response to petitioner's pending § 3582 motion.

IT IS SO ORDERED.

Dated: **May 12, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1