# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | )  |
| v. | ) |
| TERESA MARTINEZ MARTINEZ | ) Case No: 1:08CR00087-001 |
| | ) USM No: 58668-097 |
| Date of Original Judgment: 09/04/2012 | ) |
| Date of Previous Amended Judgment: 01/29/2016 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/29/2016  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/07/2017        /s/ DALE A. DROZD
                              *Judge's signature*

Effective Date: _____         HONORABLE DALE A. DROZD, U.S. District Court
*(if different from order date)*   *Printed name and title*