UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA MARTINEZ MARTINEZ,<br><br>Defendant. | No. 1:08-cr-00087-DAD<br><br>ORDER DENYING MOTION FOR COPIES OF COURT RECORDS<br><br>(Doc. No. 270) |

Defendant in this closed criminal case has filed a request that the court provide her "a CD of the entire case, all records, transcripts, evidence, witnesses [and] testimony." (Doc. No. 270 at 1.) However, defendant has not established that she has filed an appeal from or collateral challenge to her conviction that is not frivolous and that the requested copies are necessary for a decision to be rendered on any such appeal or collateral challenge. *See* 28 U.S.C. § 753(f); *see also United States v. Connors*, 904 F.2d 535, 536 (9th Cir. 1990) ("Although Connors is indigent, he has not filed a habeas petition, and therefore is not entitled to copies of his trial transcript at government expense until he does so."); *United States v. Lucatero*, No. 05–cr–0443–WBS, 2007 WL 1747077, at *2 (E.D. Cal. June 18, 2007) ("The vast majority of courts have interpreted [28 U.S.C. § 753(f)] to mean that until a prisoner actually 'brings a proceeding under section 2255,' he is not entitled under § 753(f) to have costs for creating or copying such transcripts *or other documents* paid by the United States.") (emphasis added); 28 U.S.C. § 2250. Moreover,

1

1 | defendant is not generally entitled to free copies of court documents in a closed case. *See United
2 | States v. Chandler*, 220 F. Supp. 2d 165, 170 (E.D.N.Y. 2002); *see also Marsh v. Vegianelli,* No.
3 | 1:09-cv-01243-GSA-PC, 2012 WL 5505079, at *2 (E.D. Cal. Nov. 13, 2012) ("[T]he Clerk does
4 | not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page
5 | for copies of documents. *See* 28 U.S .C. § 1914(a). Copies of up to twenty pages may be made
6 | by the Clerk's Office at this Court upon written request and prepayment of the copy fees.").

Accordingly, defendant's motion for copies of court records (Doc. No. 270) is denied without prejudice.

IT IS SO ORDERED.

Dated: **April 13, 2018**

UNITED STATES DISTRICT JUDGE