UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA M. MARTINEZ,<br><br>Defendant. | No. 1:08-cr-00087-DAD-1<br><br>ORDER STAYING ORDER GRANTING DEFENDANT'S COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582 |

On February 23, 2021, the court issued an order granting defendant's motion for compassionate release. (Doc. No. 299.) The court also issued an amended judgment reflecting the new time served sentence imposed at that time. (Doc. No. 300.) It was anticipated at the time the order was issued that because defendant Martinez was subject to an immigration detainer, she would be immediately removed to Mexico upon her release from imprisonment. (Doc. No. 299 at 17-18.) However, apparently due to her medical condition, that detainer has been lifted by immigration officials. Accordingly, in order to allow time for an alternate release plan to be formulated for defendant Martinez, including arrangements for her acceptance as a patient for continued kidney dialysis treatment immediately upon her release, the February 23, 2021 order granting compassionate release and reduction of her sentence to one of time served IS HEREBY STAYED pending further order of the court. Defendant Martinez shall not be released from

/////

1

custody until alternative medical treatment arrangements are made and the further order of this court is issued after a showing that such suitable alternative arrangements has been made.

IT IS SO ORDERED.

Dated: __**February 24, 2021**__    _____
                                    UNITED STATES DISTRICT JUDGE