UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA M. MARTINEZ,<br><br>Defendant. | No. 1:08-cr-00087-DAD-1<br><br>AMENDED ORDER LIFTING STAY AND ORDERING DEFENDANT'S COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582 |

On February 23, 2021, the court issued an order granting defendant's motion for compassionate release. (Doc. No. 299.) The court also issued an amended judgment reflecting the new reduced time served sentence imposed, which included the previously imposed 60-month term of supervised release on both standard and special conditions. (Doc. Nos. 299 at 17-18; 300 at 3-5.) It was anticipated at the time the order was issued that because defendant Martinez was subject to an immigration detainer, she would be immediately removed to Mexico upon her release from imprisonment. (Doc. No. 299 at 17-18.) However, apparently due to her medical condition, that detainer was lifted by immigration officials. Accordingly, in order to allow time for an alternate release plan to be formulated for defendant Martinez, including arrangements for her acceptance as a patient for continued kidney dialysis treatment immediately upon her release, the February 23, 2021 order granting compassionate release and reduction of her sentence to one of time served was stayed. (Doc. No. 301.)

The court has now been advised that defendant Martinez has been accepted as a dialysis patient at Davita Tulare Dialysis in Tulare, California.  Her release plan now includes her residing with her son, Saul Castro Martinez, in Tulare, California within the Eastern District of California.  Accordingly, the previously imposed stay order (Doc. No. 301) is now lifted.  Defendant Martinez shall be released from BOP custody forthwith pursuant to the court's previous order (Doc. No. 299) granting her motion for compassionate release and reducing her sentence to one of time served.  Defendant Martinez is reminded that she is being released on a 60 month term of supervised release, to become unsupervised were she to be deported, with the standard and special conditions listed in the court's order and in the amended judgment.  (Doc. Nos. 299 at 17-18, 300 at 3-5.)  Among those standard conditions of supervision is the condition that within 72 hours of her release from imprisonment she must report to the probation office in the federal judicial district where you are authorized to reside, unless the probation officer instructs you to report to a different probation office or within a different time frame.  (*Id*.)

IT IS SO ORDERED.

Dated:   **March 2, 2021**

_____
UNITED STATES DISTRICT JUDGE